CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Carrington Kevon Joseph  MH0252
Full Name of Plaintiff        Inmate Number

Superintendent
Terri Kelly Bernadette Mason (REDACTED)
Name of Defendant 1

Faith Walter
Name of Defendant 2

Captain Michael Dunkle
Name of Defendant 3

Krisa Tobias
Name of Defendant 4

Terri Kelly
Name of Defendant 5 Bernadette Mason

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. 1:24-CV-1532
(to be filled in by the Clerk's Office)

(_) Demand for Jury Trial
(_) No Jury Trial Demand

FILED
SCRANTON

SEP 10 2024

PER_____DJ_____
DEPUTY CLERK

I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. ADDRESSES AND INFORMATION

A. PLAINTIFF REDACTED

JOSEPH, CARRINGTON, K

Name (Last, First, MI)

(REDACTED) MH 0252   JOSEPH CARRINGTON, K

Inmate Number

MH 0252

Place of Confinement

SCI MAHANOY HA Block 10U Cell RHU Building

Address

301 Grey Line Drive Frackville, PA 17931

City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
✓ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

KELLY TERRI

Name (Last, First)

KELLY TERRI

Current Job Title

Mail Inspector Supervisor

Current Work Address

SCI Mahanoy 301 Grey Line Drive Frackville, PA 17931

City, County, State, Zip Code

Defendant 2:

Name (Last, First)
Walter Faith

Current Job Title
Mail Inspector Supervisor

Current Work Address
SCI Mahanoy 301 Grey Line Drive Frackville, PA 17931
City, County, State, Zip Code

Defendant 3:

Name (Last, First)
DUNKLE MICHAEL, (Major)

Current Job Title
Security (Facility Management): Major of the Guard

Current Work Address
SCI Mahanoy 301 Grey Line Drive Frackville, PA 17931
City, County, State, Zip Code

Defendant 4:

Name (Last, First)
TOBIAS KRISA

Current Job Title
Unit Manager - Housing Unit J

Current Work Address
SCI Mahanoy 301 Grey Line Drive Frackville, PA 17931
City, County, State, Zip Code

Defendant 5:

Name (Last, First)
MASON BERNADETTE

Current Job Title
SUPERINTENDENT/FACILITY MANAGER For SCI Mahanoy

Current Work Address
SCI MAHANOY 301 Grey Line Drive Frackville, PA 17931
City, County, State, Zip Code

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

While The Plaintiff was on ATA (Authorized Temporary Absence) at LANCASTER COUNTY PRISON MHU Block Cell 1075 August 24th 2023 LAST YEAR.

B. On what date did the events giving rise to your claim(s) occur?

Thursday August The 24th 2023.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

While The Plaintiff was on ATA (Authorized Temporary Absence) at LANCASTER COUNTY PRISON on MHU Block, in 1075 Cell August 24th 2023 From 10:00AM to 11:00AM. The Mail Clerk Supervisor Mrs. Kennedy shoved mail beneath the door of 1075. When the Plaintiff looked at the Mail; the Plaintiff noticed that the mail was not regular Mail, but Legal Mail. So the Plaintiff got on the intercom with Correctional Officer at Lancaster County Prison. Officer T. KYLE, and the Plaintiff asked him Why do have A Copy of My Legal Mail, and not the Original Court Documents of my Legal Mail? Correctional Officer T. KYLE exclaimed to me that SCI Mahanoy, or Someone from SCI Mahanoy Rather; had FAXED My LEGAL MAIL from SCI Mahanoy to LANCASTER COUNTY PRISON for me without my Consent, nor permission. The Plaintiff then asked him Why would they violate my Constitutional Rights like that? Correctional Officer T. KYLE responded to me; because it is much faster to FAXED the LEGAL MAIL instead of send it through the Mail

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

The Plaintiff's 4th, 5th, 8th, 9th, and 14th Amendment Rights Of The United States Of America's Constitutional Rights were all Violated with much Prejudice by The Defendants in this set forth Case.

Paragraph (2). Mail, and, or LEGAL MAIL TAMPERING is A Federal Offense In The United States Of America, and is Frownded upon By Congress!

Paragraph (3). Not only did they open my Legal Mail without me being present. They scaned my Legal Mail for Drug Residue, read my Legal Mail without my permission, and they even Faxed my Legal Mail Illegally to Lancaster County Prison. And left the Plaintiff with only A COPY of my Legal Mail, and not The Original Document from THE COURT.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Damages, and Harm Suffered are Shame, Emotional Distress, Invasion of Privacy, Discrimination Against A Prisoner, Mal Feasance, Mis Feasance, Non Feasance, Dereliction of Duty, and Deliberate Indifference

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

The Plaintiff is in Fact Seeking Money Damages, and A Cease, and Desist ORDER FROM THE COURTS! Money Damages/Awards Sought By Plaintiff $15,000,000 to $20,000,000 (fifteen to Twenty Million Dollars. Also The Defendants must stop Tampering with my Legal Mail, and my out going Mail.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*Carrington Kevon Joseph*
Signature of Plaintiff

8/28/2024
Date

Carrington Joseph #M0252
SCI MAHANOY
301 Grey Line Drive
Frackville, PA

RECEIVED
SCRANTON
SEP 10 2024
PER _____ DEPUTY CLERK

USPS TRACKING #
9114 9022 0085 2083 7837 58

LEGAL MAIL

United States District Court
Middle District Of Pennsylvania
William J. Nealon Federal Building
And US Court House
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501

INMATE MAIL
PA DEPT OF
CORRECTIONS

quadient
GROUND ADV
IMI
$009.50
09/06/2024 ZIP 17932
043M31230995
US POSTAGE