IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| CARRINGTON K. JOSEPH, | : | Civil No. 1:24-CV-01532 |
|---|---|---|
| Plaintiff, | : | |
| v. | : | |
| TERRI KELLY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 7th day of July, 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's second amended complaint, Doc. 21, is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A.

2. The requests made in Plaintiff's letters, Docs. 22, 23, 24, are **DENIED**.

3. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

1